UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                         Case No.: 8:22-cr-252-WFJ-SPF

CARLOS DANIEL ALVAREZ RODRIGUEZ
_____/

**ORDER**

On January 13, 2023, the Court found there to be reasonable grounds to believe Defendant Carlos Daniel Alvarez Rodriguez may presently suffer from a mental disease or defect rendering him mentally incompetent to proceed to trial. (Doc. 43). Consequently, the Court appointed Valerie McClain, Psy.D., to conduct an independent psychologic examination of Defendant. Following the psychological examination on February 13, 2023, Dr. McClain filed her Forensic Psychological Evaluation. (Doc. S-57). Dr. McClain concluded that Defendant is not competent to proceed to trial based on her findings that Defendant had an *unacceptable* :(1) appreciation of the charges; (2) appreciation of the range and nature of possible penalties; (3) understanding of the adversarial nature of the legal process; (4) capacity to disclose to attorney pertinent facts; and (5) capacity to testify relevantly.

Thereafter, the Court conducted a hearing on March 6, 2023, to determine the mental competency of Defendant. 18 U.S.C. §§ 4241(c) and 4247(d). At the hearing, Defendant was specifically advised of his right to testify at the hearing. The parties

jointly moved for the admission of the Forensic Psychological Evaluation into evidence. No other evidence or testimony was offered by either party

Based on the Court's independent review of the Forensic Psychological Evaluation, and after considering the Court's own observations at the hearing, the Court finds by a preponderance of the evidence that Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. 18 U.S.C. § 4241(d).  Accordingly, it is hereby

ORDERED:

1. Defendant is committed to the custody of the Attorney General. The Attorney General shall hospitalize Defendant for treatment in the suitable facility for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future, he will attain the capacity to permit the proceedings to go forward.

2. Within four months of Defendant's hospitalization, the director of the facility where Defendant is hospitalized shall file a report with the Clerk of the Court indicating whether there is a substantial probability that in the foreseeable future Defendant will attain the capacity to permit the proceedings to go forward.  The director may request an additional reasonable period of commitment as authorized by 18 U.S.C. § 4241(d)(2).

3. If at any time the director of the facility in which Defendant is hospitalized determines that he has attained the capacity to permit the proceedings to go

forward, the director shall promptly file a certificate to that effect with the Clerk of the Court.

**ORDERED** in Tampa, Florida on March 6, 2023.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE